**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CHARLES ANDERSON,

Petitioner,

v.

TIMOTHY O'DELL,

Respondent..

Civil No. 00-2655 (ADM/ESS)

**MEMORANDUM AND ORDER**

This matter has come before the Court on Petitioner's self-styled submission entitled "Notice Of Intent To Appeal and Request For Continuance." (Docket No. 6.) Although the Clerk has already docketed Petitioner's submission as a Notice of Appeal, it is now before the Court for consideration of the additional "Request For Continuance."

As far as the Court can tell, Petitioner is seeking either (i) an extension of time to file a notice of appeal, or (ii) additional time to complete the briefing for his appeal. If he is asking for an extension of time to file his notice of appeal, (see Fed. R. App. P. 4(a)(5)), his request is denied as moot, because the notice of appeal has already been filed. If he is asking for additional time for briefing, his request is denied, (without prejudice), because the District Court has no authority over the briefing requirements and schedules for an appeal.

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Petitioner's "Request For Continuance," (Docket No. 6), is DENIED.

Dated: March 23, 2001

ANN D. MONTGOMERY
United States District Court Judge

FILED ______ 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______